IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 15-cv-02015-REB-NYW

JOHN HAYES,

    Plaintiff,

v.

SKYWEST AIRLINES, INC.,

    Defendant.

---

## VERDICT FORM

---

We the jury, on our oaths, present our Answers to Questions submitted by the court, to which we have all agreed:

### I. AMERICANS WITH DISABILITIES ACT

1. Do you find that plaintiff, John Hayes, has proven by a preponderance of the evidence all three (3) essential elements of his claim for discrimination on the basis of disability in violation of the Americans With Disabilities Act, as set forth in Instruction No. 10?

    **ANSWER:**    Yes ✓    No _____

2a. Do you find that plaintiff, John Hayes, as proven by a preponderance of the evidence all four (4) essential elements of his claim for failure to reasonably accommodate his disability in violation of the Americans With Disabilities Act, as set forth in Instruction No. 12?

**ANSWER:** Yes ✓ No ___

2b. If you answered "Yes" to Question No. 2a, do you find that defendant, SkyWest Airlines, Inc., has proven by a preponderance of the evidence both of the two (2) essential elements of its affirmative defense that it made good faith efforts to accommodate plaintiff, as set forth in Instruction No. 17?

**ANSWER:** Yes ___ No ✓

2c. If you answered "Yes" to Question No. 2a, do you find that defendant, SkyWest Airlines, Inc., has proven by a preponderance of the evidence both of the two (2) essential elements of its affirmative defense that providing a reasonable accommodation would impose an undue hardship on its business operations, as set forth in Instruction No. 18?

**ANSWER:** Yes ___ No ✓

3. Do you find that plaintiff, John Hayes, has proven by a preponderance of the evidence, all three (3) essential elements of his claim for retaliation under the Americans With Disabilities Act, as set forth in Instruction No. 19?

**ANSWER:** Yes ✓ No ___

**[If you answered "Yes" to Question No. 1, Question No. 2a, and/or Question No. 3, then please answer Questions No. 4 through 11, inclusive. If you "No" to each and all of Questions No. 1, No. 2a, and No. 3, please do not Questions No. 4 through 11, inclusive, and proceed directly to Question No. 12.]**

4. Do you find that plaintiff, John Hayes, is entitled to an award of back pay, as set forth in Instruction No. 26, for the violation(s) of the Americans With Disabilities Act which you have found in response to Questions No. 1, No. 2, and/or No. 3 above?

    **ANSWER:**    Yes ✓    No ____

5. If you answered "Yes" to Question No. 4, please state the amount of back pay and related damages, as set forth in Instruction No. 26, you find by a preponderance of the evidence plaintiff lost as a result of the violation(s) of the Americans With Disabilities Act you have found. Please answer in dollars and cents as to each category of damages.

    **ANSWER:**    $ 150,000.00

6. Do you find that defendant, SkyWest Airlines, Inc., has proven both of the two (2) essential elements of its affirmative defense of plaintiff's failure to mitigate his damages, as set forth in Instruction No. 31?

    **ANSWER:**    Yes ____    No ✓

7. If you answered "Yes" to Question No. 6, what is the total amount of pay and benefits you find by a preponderance of the evidence plaintiff could have earned had he made reasonable efforts to minimize his damages? Please answer in dollars and cents.

    **ANSWER:**    $ 00.00

8. Do you find that plaintiff, John Hayes, is entitled to an award of compensatory damages, as described in Instruction No. 27, for the violation(s) of the Americans With Disabilities Act which you found in response to Questions No. 1, No. 2, and/or No. 3 above?

    **ANSWER:**    Yes ✓    No ____

9. If you answered "Yes" to Question No. 8, please state the amount of compensatory damages you find by a preponderance of the evidence will reasonably compensate plaintiff for any damages, injuries, and/or losses he has sustained as a result of defendant's violation(s) of the Americans With Disabilities Act, as set forth in Instruction No. 27. Please answer in dollars and cents.

**ANSWER:** $ 150,000.00

10. If you answered "Yes" to Question No. 8 and have awarded damages in response to Question No. 9, do you find that plaintiff, John Hayes, is entitled to an award of punitive damages against defendant, SkyWest Airlines, Inc., as set forth in Instruction No. 29?

**ANSWER:** Yes ✓   No _____

11. If you answered "Yes" to Question No. 10, what is the total amount of punitive damages you find by a preponderance of the evidence should be awarded against defendant, SkyWest Airlines, Inc., to fulfill the purposes of punitive damages, as set forth in Instruction No. 29? Please answer in dollars and cents.

**ANSWER:** $ 2,000,000.00

## II. FAMILY AND MEDICAL LEAVE ACT: RETALIATION

12. Do you find that plaintiff, John Hayes, has proven by a preponderance of the evidence all three (3) essential elements of his claim for retaliation for exercise of his right to take medical leave under the Family and Medical Leave Act, as set forth in Instruction No. 21?

**ANSWER:** Yes ✓   No _____

**[If you answered "Yes" to Question No. 12, then please answer Question No. 13. If you answered "No" to Question No. 12, then please do not answer any of the remaining Questions.]**

13. Do you find that plaintiff, John Hayes, is entitled to an award of damages, as described in Instruction No. 30, for defendant's retaliation in violation of the FMLA?

    **ANSWER:** Yes ✓    No _____

14. If you answered "Yes" to Question No. 13, please state the total amount of damages, as described in Instruction No. 30, you find plaintiff has proven by a preponderance of the evidence were caused by defendant's violation of the FMLA. Please answer in dollars and cents for each category of damages.

    **ANSWER:** $ 150,000.00

15. Do you find that defendant, SkyWest Airlines, Inc., has proven both of the two (2) essential elements of its affirmative defense of plaintiff's failure to mitigate his damages, as set forth in Instruction No. 31?

    **ANSWER:** Yes _____    No ✓

16. If you answered "Yes" to Question No. 15, what is the total amount of pay and benefits you find by a preponderance of the evidence plaintiff could have earned had he made reasonable efforts to minimize his damages? Please answer in dollars and cents.

    **ANSWER:** $ 00.00

DATED: September 25th, 2017

[juror names redacted]