### DECLARATION OF MARI NEWMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES

I, Mari Newman, having been duly sworn, state as follows:

1. I have been retained by counsel for the Plaintiff to provide an expert opinion as to the reasonableness of the hourly rates for attorney fees sought by Plaintiff's Counsel in the above-captioned action. Plaintiff's attorneys Sarah Parady and Paul Maxon have asked me to provide this declaration in support of the Plaintiff's Motion for Attorneys' Fees and Costs, to address the issues of the prevailing market rates in Colorado for employment law attorneys who provide the types of services provided by them in this matter.

### Background and Credentials of Declarant

2. I am a partner in the Denver, Colorado law firm of KILLMER, LANE & NEWMAN, LLP. My practice consists of plaintiffs' civil rights and employment cases. I represent plaintiffs who are bringing claims pursuant to federal civil rights statutes, and state and federal statutes or common law provisions protecting the rights of employees. I am currently in practice with Darold W. Killmer and David A. Lane, and our law firm has eight lawyers and additional legal and non-legal staff. I have been in this practice since the summer of 2002.

3. Prior to the formation of KILLMER, LANE & NEWMAN, LLP, I worked at MILLER, LANE, KILLMER & GREISEN, LLP as an Associate Attorney from 1998 to July 2002. Before that, I served as Law Clerk to the Honorable H. Jeffrey Bayless in Denver District

Court. I graduated from Northeastern University School of Law in 1997. During my tenure at Northeastern, I served as a legal intern for civil rights and employment discrimination non-profit organizations and law firms, including the NAACP Legal Defense & Educational Fund and the Plaintiff's employment law firm of MESSING & RUDAVSKY in Boston, MA.

4. I have received various honors for my work. I have been voted among the Top 100 Lawyers in Colorado and Top 25 Women Lawyers in Colorado, I was recognized as one of 7 Top Women Attorneys in 2013 by Law Week Colorado, and I have repeatedly been designated as a Colorado Super Lawyer. I have been recognized as the Lawyer of the Year in Denver for Employment Law – Individuals for both 2017 and 2014 by The Best Lawyers in America®, and was voted Law Week Colorado's 2012 and 2011 "Barrister's Best" Plaintiff's Employment Lawyer. I received the 2018 Dr. Martin Luther King Humanitarian Award from the Greater Metro Denver Ministerial Alliance. In 2016, I was named as the Colorado LGBT Bar Association's Lawyer of the Year. I also received a Martin Luther King, Jr. Business Award, celebrating "Content of Character," and the Shorter Community AME Shoes of Justice Award honoring those who have "walked the walk of justice." I was honored with the American Civil Liberties Union of Colorado's 2010 Carle E. Whitehead Award, celebrating those individuals who "stand on principle to defend our civil liberties." I was also recognized with the Colorado Trial Lawyers Association's 2010 Access to Justice Award, honoring "perseverance, courage and character shown over and over in cases of extraordinary circumstances. In

2009, I received the Colorado Trial Lawyers Association's Case of the Year Award for leading my legal team in a case against the Colorado Department of Corrections and others for a prison guard's rape of a female inmate. I was also named as one of the Denver Business Journal's 2009 "Forty Under Forty," recognizing forty outstanding local professionals under age 40 for their business success and community contributions. I was honored with the Denver Gay & Lesbian Chamber of Commerce's 2012 Entrepreneurial Woman of the year. I received the Denver Bar Foundation's 2008 Richard Marden Davis Award, presented to a Denver lawyer under the age of 40 who combines excellence as a lawyer with creative civic, cultural, educational and charitable leadership. I was recognized as the Colorado Trial Lawyers Association's 2008 Outstanding Young Trial Lawyer of the Year and the Colorado Legal Initiatives Project's 2007 Barrister of the Year. I was a co-recipient of the Southern Center for Human Rights' 2007 Frederick Douglass Human Rights Award for my representation of persons detained at Guantanamo Bay, Cuba. I have also been honored as a Fellow of the Colorado Bar Foundation, a designation bestowed upon no more than five percent of the lawyers in Colorado for "outstanding dedication to the welfare of the community, the traditions of the profession and the maintenance and advancement of the objectives of the Colorado Bar Association."

5. I have published numerous articles and am a frequent speaker on issues relating to civil rights and employment law. I am actively engaged in various types of pro bono work, and serve as a member of the Board of Directors for the Colorado Trial

Lawyers Association, the Civil Rights Education and Enforcement Center, and the LGBT Bar Foundation. I previously served on the Board of the American Civil Liberties Union of Colorado. I am also a member of the National Employment Lawyers Association and the Colorado Plaintiffs Employment Lawyer's Association.

6. I have previously been retained on cases as an expert witness in federal courts in the areas of civil rights and employment law attorney fee petitions. My expert affidavits on issues related to the reasonableness of attorneys' hourly rates in civil rights and employment litigation have been accepted and utilized by courts in making attorney fee determinations under the civil rights statutes.

7. Based upon my experience and upon significant research in the area, I am very familiar with the hourly rates charged by members of the civil rights and employment bar in the Denver community. Moreover, as counsel for prevailing plaintiffs in previous cases, I have submitted fee petitions and affidavits in support of such petitions in many other cases, including in cases before this Court.

8. It is my opinion that the hourly rates of the attorneys and paralegals in this matter are well within the ranges charged within the Colorado legal community and are reasonable rates pursuant to the law of Title 42 U.S.C. §1988 related authority relevant to attorney fee-shifting in federal civil rights cases.

**Reasonableness of Hourly Rates**

9. My current hourly rate as of January 2018 is $600 per hour. My previous rate was approved in the federal district of Colorado, including by this Court. *See, e.g.,*

*White v. Chafin,* 1:13-cv-01761-CMA-MJW (D. Colo. September 23, 2016); *Martinez v. Valdez*, No. 11-cv-00102-MSK-KLM, 2015 U.S. Dist. LEXIS 114602 (D. Colo. Aug. 27, 2015); *Duran v. Koehler*, No. 10-cv-01569-REB-KMT (Aug. 25, 2014). My current rate of $600 per hour is the rate that I bill to private clients whom I represent on a straight hourly rate, and the rate that will be claimed on fee petitions submitted by my own firm after having prevailed in civil rights or employment law cases. The hourly billing rates of my law partners are $650 per hour for David A. Lane and Darold W. Killmer. The billing rate for our current associates is between $350 and $435 per hour, depending on their specific qualifications and experience. We currently bill our paralegals at $120-200 per hour, also depending upon qualifications and experience. I am aware of many law firms in the Denver community that bill their paralegals at substantially higher rates than this. Experienced paralegals at McKenna Long & Aldridge LLP's Denver office, for example, were billed at $230 per hour even back in 2013.

10. Based upon my familiarity with the attorneys' fees charged by lawyers in this legal community, I am aware of many attorneys whose rates are in the range of $375 to well over $700 per hour. I am familiar with judicial opinions and other materials relevant to attorney fee rates in Colorado, as well as the Colorado Bar Association Attorney fee surveys.[1] I am also familiar with attorney fee rates for employment law and civil rights practitioners nationally.

---

[1] Unfortunately, the Colorado Bar Association's 2017 Economic Survey provides little useful guidance because of its remarkably low sample size with a response rate of just 6.7% of the

11. I am familiar with and have reviewed the backgrounds and credentials of the lawyers who worked on this matter. Lawyers Sarah Parady and Paul Maxon are both extremely well-regarded lawyers with significant experience in employment litigation. Based upon each of their backgrounds, experience and skills, and upon my knowledge of the markets for attorney fee rates in Colorado, their rates of $450 per hour for Paul Maxon and $400 per hour for Sarah Parady, and $150 per hour for paralegal time, are very reasonable rates in the Colorado community for federal anti-discrimination litigation.

12. The experience and credentials of the professionals working on this matter warrant (at least) the rates they charge in this petition, given their experience, reputation, knowledge and their record of success in advancing the rights of people whose civil rights have been violated. This is particularly true in the context of this case, one of the largest ADA verdicts ($2.45m) in Colorado history.

13. Plaintiff's counsel Paul Maxon has been licensed to practice law for 14 years, and is admitted to practice in both California (since 2004) and Colorado (since 2006). Mr. Maxon graduated Order of the Coif from University of Southern California Law School in 2003. While there, he was awarded the David Sonosky Memorial Scholarship, the Arthur Manella Scholarship, a Public Interest Law Foundation

---

attorneys surveyed, including just 10 attorneys representing employees. As the report notes, "[b]illing rates vary substantially by primary practice area," and "data for many of the practice areas shown in the following tables are based on a small number of respondents and are considered statistically unstable."

scholarship, and the Malcolm Lucas Award for being ranked number one in his first year law school class.

14.  Since 2006, Mr. Maxon has had his own practice specializing exclusively in plaintiff's side employment law. He has developed extensive experience and expertise in this area of law. Mr. Maxon has been lead counsel on scores of state and federal employment discrimination cases including several that have resulted in precedent-setting opinions including *Healthgrades v. Boyer*, 359 P.3d 25 (Colo. 2015) and *Kennedy v. Colorado RS, LLC*, 872 F.Supp.2d 1146 (D. Colo. 2012).

15.  Mr. Maxon won the Colorado Trial Lawyers Association's 2015 Case of the Year award for *Basevitz v. Fremont*, a case brought on behalf of a public school teacher objecting to his employer's practices under the Establishment clause of the First Amendment to the United States Constitution. According to the CTLA, "[t]he Case of the Year Award acknowledges the positive impact that a single case can have on correcting injustices, advancing fairness under the law, changing attitudes or providing economic incentives to protect public safety."

16.  In 2016, Mr. Maxon joined the faculty at University of Colorado-Boulder Law School where he taught employment discrimination law. Mr. Maxon has authored and presented on multiple employment law topics for the legal community as well. I have had the privilege of attending his informative presentations, as well as co-presenting with him. He is both knowledgeable about the substantive law and the subtleties of litigation strategy.

17. Plaintiff's counsel Sarah Parady has been licensed to practice law in Colorado since 2008 after receiving her J.D. from NYU School of Law in 2007 where she was an Executive Editor for the NYU Law Review and a Hays Civil Liberties Fellow, and received a Vanderbilt Medal for service to the law school community, as well as multiple academic awards including Order of the Coif.

18. After law school, Ms. Parady served as a law clerk to the Honorable Carlos F. Lucero of the Tenth Circuit Court of Appeals, then received a Skadden Fellowship to serve as a consumer attorney at Colorado Legal Services.

19. Since 2014, Ms. Parady has been a partner at Lowrey Parady, LLC. Prior to 2014, she was an associate at the employment and civil rights firm of Benezra & Culver. In each of these law firms, she has developed extensive experience in state and federal court representing employees, primarily in discrimination cases.

20. Ms. Parady has served as a leader in the Colorado legal community. Ms. Parady was the 2016 President of the Colorado Plaintiff Employment Lawyers Association and a member of the 2016 Colorado Bar Association Leadership Training class. She co-chairs the Public Policy Committee of the Colorado Women's Bar Association, the "NYU Law on the Rockies" alumni group, and the Colorado Chapter of Lawyers for Good Government. She is a member of the National Employment Lawyers Association, the Labor & Employment and Civil Rights Sections of the Colorado Bar Association, the Faculty of Federal Advocates (including the organization's Pro Bono Panel), the Lawyers' Civil Rights Coalition, and the Colorado Trial Lawyers Association.

She is also a Board member for the Colorado Center on Law & Policy, an anti-poverty policy group, and serves as Cooperating Counsel for the ACLU of Colorado.

21.     Sarah Parady is a very frequent presenter to bar groups including the Colorado Bar Association, PELA, and Colorado Trial Lawyers Association on employment law, litigation, and discrimination topics. I have attended many of her presentations, and have observed that she has a highly sophisticated understanding of the law. She also co-authored the Age Discrimination in Employment Act chapter in the "Practitioner's Guide to Colorado Employment Law," published by CBA-CLE.

22.     Ms. Parady has received public recognition for her excellent work. Ms. Parady has been selected to be the 2018 recipient of the Colorado Trial Lawyer's Association's New Trial Lawyer of the Year. In 2017, Ms. Parady received The GLBT Center of Colorado's "Barrister of the Year" award for her work representing LGBT clients. She was named a Super Lawyers Rising Star in the area of Employment in 2016 and 2017. In 2016, she was nominated for the Denver Business Journal's "40 Under 40" list and was a finalist for the Colorado Bar Association's Young Lawyer of the Year Award.

23.     The result that Mr. Maxon and Ms. Parady achieved in this case was undisputedly excellent.

24.     The opinions provided in this declaration are based upon the information that I have been provided and reviewed and upon other information within my

possession. I reserve the right to add to or modify these opinions based upon additional information.

DATED this 30th day of January 2018.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Mari Newman*
_____
Mari Newman