| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | DATE FILED: November 2, 2015 5:05 PM<br>CASE NUMBER: 2014CV34756 |
|---|---|
| **Plaintiff:** CHARITY KRANTZ, an individual,<br><br>v.<br><br>**Defendants:** MARY DULACKI, in her official capacity as Records Custodian for the Department of Safety. | ▲ COURT USE ONLY ▲ |
| | Case No.: 2014CV34756<br>Courtroom: 280 |
| **ORDER GRANTING IN PART PLAINTIFF'S PETITION FOR ATTORNEY FEES AND COSTS** | |

THIS MATTER arises from a Complaint and Application for Order to Show Cause brought by Plaintiff pursuant to the Colorado Criminal Justice Records Act ("CCJRA"), C.R.S. § 24-72-301, *et seq.* After conducting a show cause hearing, the Court issued an Order concluding that Defendant's refusal to disclose to Plaintiff records concerning an investigation by the Internal Affairs Bureau of the Denver Sheriff Department into Plaintiff's complaint that she was assaulted by a law enforcement officer on or about March 14, 2014, was an abuse of discretion. Accordingly, Plaintiff is entitled to recover court costs and attorney fees pursuant to C.R.S. § 24-72-305.

After a thorough review of the parties briefing, attached exhibits, case file and relevant law, the Court hereby enters judgment in favor of Plaintiff Charity Krantz and against Defendant Mary Dulacki, in her official capacity as Records Custodian of the Department of Safety, in the total amount of $40,111.54. This amount reflects $391.54 in costs, $24,427.50 in attorney fees incurred in litigating the underlying matter, and $15,292.50 incurred in litigating the present petition for fees and costs. The Court finds that both the number of hours and the hourly rates billed by Plaintiff's counsel were reasonable in all respects, but that it would not be reasonable to award fees in excess of the lodestar amounts claimed.

ENTERED this 2nd day of November, 2015.

BY THE COURT:

_Catherine J. Lemon_

Judge Catherine Lemon
District Court Judge